In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-26-00086-CR
NO. 09-26-00087-CR
NO. 09-26-00088-CR
NO. 09-26-00089-CR
NO. 09-26-00090-CR
NO. 09-26-00091-CR

_____

BRYCE LONELL KINMON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 9th District Court
Montgomery County, Texas
Trial Cause Nos. 23-04-05677, 24-04-05503, 24-08-11982,
25-01-01296, 25-01-01297, and 25-01-01300

**MEMORANDUM OPINION**

Bryce Lonell Kinmon filed a motion to dismiss his appeals. *See* Tex. R. App.

P. 42.2(a). The motion is signed personally by the Appellant. Appellant filed the

motion before the appellate court issued a decision in the appeals. We grant the motion and dismiss the appeals. *See id*. 43.2(f).

APPEALS DISMISSED.

PER CURIAM

Submitted on August 11, 2026
Opinion Delivered August 12, 2026
Do Not Publish

Before Golemon, C.J., Wright and Chambers, JJ.